IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAK USA TECHNOLOGIES CORP.,<br>    Plaintiff/Counterclaim Defendant,<br>  v.<br>ELITEGROUP COMPUTER SYSTEMS, INC.,<br>    Defendant/Counterclaimant. | Case No. 18-cv-05744-MMC<br><br>**ORDER GRANTING MOTION TO WITHDRAW; DIRECTIONS TO CLERK; DIRECTIONS TO PLAINTIFF**<br><br>Re: Dkt. No. 22 |

Before the Court is the motion, filed November 29, 2018, by Jonathan W. Brown and Lipsitz Green Scime Cambria LLP, "to Withdraw[ ] as Counsel for Plaintiff and Counterclaim Defendant." No response to the motion has been filed.

Having read and considered the papers filed in support of the motion, the Court, finding good cause for the relief sought, hereby GRANTS the motion.

The Clerk is hereby DIRECTED to amend the docket to include the following contact information for plaintiff/counterclaim defendant BAK USA Technologies Corp. ("BAK"):

> BAK USA Technologies Corp.
> 436 Michigan Avenue
> Buffalo NY 14203

BAK is hereby advised that it may not appear in court without counsel. See C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697-98 (9th Cir. 1987) (affirming dismissal of complaint brought on behalf of corporation, where corporation did not appear through counsel). Accordingly, BAK is hereby DIRECTED to cause new counsel to file, no later than January 25, 2019, a notice of appearance on behalf of BAK. If no such

1  appearance has been filed by said date, the Court will dismiss BAK's claims.  See id.
2     **IT IS SO ORDERED.**

4  Dated: January 3, 2019

   MAXINE M. CHESNEY
   United States District Judge